IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 21 2007

DAVID J. MALAND, CLERK
BY
DEPUTY ___BC___

Robert Earl Robinson # 516125
Plaintiff's name and ID Number

Mark W. Stiles Unit
Place of Confinement

CASE NO. 1:07CV243
(Clerk will assign the number)

V.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

S. Leblanc
Defendant's name and address

I, Robert Robinson, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?   Yes ☐   No ☑
   b. Rent payments, interest or dividends?           Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments? Yes ☐   No ☑
   d. Gifts or inheritances?                          Yes ☐   No ☑
   e. Family or friends?                              Yes ☑   No ☐
   f. Any other sources?                              Yes ☐   No ☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   $40.00 • every 3 or 4 mo.s

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes ☐   No ☑

   If you answered YES to any of the questions above, state the total value of the items owned.

   _____

1

☆ATCIFP (REV. 9/02)

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐        No ☑

    If you answered **YES**, describe the property and state its approximate value.

    _____
    _____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___15___ day of ___June___, 20_07_.

_Robert Earl Robinson_        516125
Signature of Plaintiff          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

Dear, Judge mr. Earl S. Hines 6-15-07

I hope and Pray when You get this letter, may it Please fine You in God's Love and care and Your Loved one's as well "Please"?

Sir, Here is the application to proceed in forma pauperis and a statement certified by an authorized TDCJ-CID official showing the average balance in and deposits into my inmate account for the six month period immediately preceding the filing of my complaint Sir, mR. Earl S. Hines Sir, therefore my I may proceed "Please?" against B. Leblanc

From: Robert Earl Robinson #516125
mark w. Stiles unit
3060 Fm. 3514
Beaumont, Tx. 77705

To: Judge mR. Earl S. Hines
United States District Court
P.O. Box 3507
Beaumont, Tx. 77704